# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 25, 2013

## NO. 03-12-00152-CV

**Evelyn Jones, Appellant**

**v.**

**Texas Department of Family and Protective Services,
Cardell Jeffrey a/k/a Cardell Jeffery, Michael Pine and
Kerry Jeffrey a/k/a Kerry Raymond, Appellees**

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
AFFIRMED -- OPINION BY CHIEF JUSTICE JONES**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error requiring reversal in the trial court's order: **IT IS THEREFORE** considered, adjudged and ordered that the trial court's order is in all things affirmed. It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.